### JOHN WALTON v. WILLIAM DREW.

Court of Common Pleas.  Kent.  November, 1794.

*Wilson's Red Book, 51.*

PER CURIAM. Let the paper be read to the jury and have its weight.

Verdict for defendant.